UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Action No. 5: 22-004-DCR |
| V. | ) |
| ERICA BAKER, | ) **MEMORANDUM ORDER** |
| Defendant. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Erica Baker has filed a motion to suppress evidence supporting the charges in the Indictment, arguing that law enforcement questioning on December 16, 2020, violated her *Miranda* rights. [Record No. 20] The motion was referred to United States Magistrate Judge Matthew A. Stinnett for issuance of a Report and Recommendation ("R & R") pursuant to 28 U.S.C. § 636(b)(1)(B). Following an evidentiary hearing, Magistrate Judge Stinnett issued his report, recommending that Baker's motion be denied because she was not subject to custodial interrogation. [Record No. 36]

Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which timely objections are made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Here, neither party has objected to the Magistrate Judge's conclusion that Baker was not in custody. Accordingly, the Court adopts that finding.

- 2 -

Baker argued that agents were obliged to issue *Miranda* warnings, and she "unambiguously invoked her right to counsel." [Record No. 20] However, *Miranda* warnings are not required unless "there has been such a restriction on a person's freedom as to render [her] 'in custody.'" *Oregon v. Mathiason*, 429 U.S. 492, 495 (1977). Further, the right to counsel pursuant to *Miranda* can only be invoked during a custodial interrogation. *See McNeil v. Wisconsin*, 501 U.S. 171, 182 n.3 (1991); *United States v. Malcolm*, 435 F. App'x 417, 422 (6th Cir. 2011).

Based on the foregoing, it is hereby

**ORDERED** as follows:

1. United States Magistrate Judge Matthew A. Stinnett's Report and Recommendation [Record No. 36] is **ADOPTED IN FULL** and **INCORPORATED** here by reference.

2. Defendant Baker's motion to suppress [Record No. 20] is **DENIED**.

Dated: October 3, 2022.



Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky